**George W. FEREBEE, Appellant,**

v.

**Jeromey SMITH; James Strain; Robert Lehmann; Darwin Coy; Jennifer Fox; Jeanie Melton; Mike Anderson; Mark Steele; Jesse Sondreal; Michael O'Connor; Steve Hobart; Nicholas Hobart; George Clinton, Appellees.**

No. 07–1139.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 3, 2008.

Filed: June 6, 2008.

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

---

1. The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.

[UNPUBLISHED]

PER CURIAM.

George Ferebee appeals the district court's[1] grant of summary judgment in favor of defendants in this 42 U.S.C. § 1983 action. Following careful de novo review, we agree that summary judgment was appropriate, *see Mann v. Yarnell*, 497 F.3d 822, 825 (8th Cir.2007) (standard of review), and we find no abuse of discretion with regard to any of the court's rulings involving discovery, *see Nolan v. Thompson*, 521 F.3d 983, 986 (8th Cir.2008), attorney fees, *see Hayes v. Faulkner County, Ark.*, 388 F.3d 669, 676 (8th Cir.2004), or sanctions, *see Chi. Truck Drivers, Helpers & Warehouse Workers Union Pension Fund v. Bhd. Labor Leasing*, 166 F.3d 1269, 1270 (8th Cir.1999).

The judgment is affirmed. *See* 8th Cir. R. 47B. Ferebee's pending motions are denied.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

---

1. The Honorable Andrew W. Bogue, United States District Judge for the District of South Dakota.